UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

JOSEPH R. CICILESS
XXX-XX-0304

DEBTOR                          /

CASE NO.: 07-16823-BKC-PGH
PROCEEDING UNDER CHAPTER 13



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
NOV - 1 2010
FILED ___ RECEIVED ___

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

The Trustee has a balance of $717.68 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 29th day of October, 2010.

PAID
133865

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

SERVICE LIST

DEBTOR
JOSEPH R. CICILESS
1764 CARVELLE DRIVE
RIVIERA BEACH, FL 33404

ATTORNEY FOR DEBTOR
JAMES E. COPELAND, ESQUIRE
631 US HIGHWAY ONE
SUITE 403
NORTH PALM BEACH, FL 33408

ATTACHMENT

NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

Attachment - Listing of Claimant

Case Number:    07-16823-BKC-PGH

Creditor No.:   374049

Claimant:       WACHOVIA BANK
                C/O ADORNO & YOSS, LLP
                819 S. FEDERAL HIGHWAY STE 103
                STUART, FL 34994